# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN DEAL,** | ) Case No. 2:19-cv-00473-MCE ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | ) ) |
| **DIVERSIFIED ADJUSTMENT SERVICE, INC.,** | ) ) ) |
| Defendant. | ) ) ) ) |

Pursuant to the Stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice. Each party shall bear their own costs and attorneys' fees, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 5, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE